IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 03-CO-1861-W |
| | ) |
| GERALD MILLS, Officer, et.al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

This is a civil action pursuant to 42 U.S.C. § 1983 filed by the plaintiff, Michael Howard. In his *pro se* complaint, plaintiff names Corrections Officers Mills, Wormely, and Freeman as defendants. Plaintiff claims defendant Mills subjected him to excessive force and defendants Wormely and Freeman denied him medical care, all in violation of constitutional rights guaranteed to him under the Eighth Amendment of the United States Constitution. As compensation for the alleged constitutional violations, plaintiff seeks monetary relief. Defendants filed a motion for summary judgment.

On August 11, 2004, the magistrate judge entered a report and recommendation, recommending that defendants' motion for summary judgment be granted. On August 24, 2004, plaintiff filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.

Accordingly, the court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendant Mills used excessive force against plaintiff. Therefore, the motion for summary judgment filed by defendant Mills is due to be granted as a matter of law.

The court also EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendants Wormely or Freeman denied medical care to plaintiff. Therefore, the motion for summary judgment filed by defendants Wormely and Freeman is due to be granted as a matter of law.

An appropriate order will be entered.

DATED this 2nd day of Sept., 2004.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE